# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138874
& (18)
(23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 138874
COA: 290310
Clinton CC: 08-008247-FH

DONALD JOSEPH MARCHESE, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and to add or expand issues are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk

l0916